Torry Dontae TIMMONS *v.* STATE of Arkansas

CR 04-1048 195 S.W.3d 927

Supreme Court of Arkansas
Opinion delivered October 21, 2004

 

*Steve J. Jackson*, for appellant.

No response.

PER CURIAM. Appellant Torry Dontae Timmons, by and through his attorney, has filed a motion for rule on clerk. His attorney, Steve J. Jackson, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.